**SEALED**

**FILED**

MAY 13 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

2:13-SW-0326 CKD

| | |
|---|---|
| IN THE MATTER OF THE ADMINISTRATIVE INSPECTION OF: | MAGISTRATE DOCKET NO. |
| LONGS DRUG STORES CALIFORNIA, L.L.C. DBA CVS PHARMACY #9884 2601 OAKDALE ROAD, SUITE E MODESTO, CA 95355 | **SEALING ORDER** |

The Court, having considered the United States' Application for an Order Sealing documents pertaining to the application for an Administrative Inspection Warrant of the Pharmacy referenced above, and finding good cause therefor, hereby ORDERS:

1. The above captioned case shall be filed under SEAL;

2. Except as stated below, the seal shall remain in effect UNTIL THE EARLIER of the filing of the Warrant for Inspection – Return Accounting for Items Seized, or further order of this Court; and

3. Drug Enforcement Administration (DEA) Diversion Investigator Brian Glaudel and any other duly authorized DEA investigator or agent may SERVE the Warrant for Inspection on a CVS Pharmacy # 9884 representative at the time DEA conducts the inspection.

Dated: May 13, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE