IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE ADMINISTRATIVE INSPECTION OF:<br><br>LONGS DRUG STORES CALIFORNIA, L.L.C.  DBA CVS PHARMACY #9884<br>2601 OAKDALE ROAD, SUITE E<br>MODESTO, CA 95355 | MAGISTRATE DOCKET NO. 2:13-SW-0326-CKD<br><br>**UNSEALING ORDER** |

The Court, having considered the United States' Application for an Order Lifting the Seal of the above-captioned matter (the Application), and finding good cause therefor, hereby ORDERS that:

1. The Application is GRANTED; and

2. All previously sealed documents are hereby UNSEALED.

Dated: May 23, 2013

*allison Claire*

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE